Certificate Number: 17082-NYS-CC-039250760



17082-NYS-CC-039250760

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 17, 2025</u>, at <u>9:33</u> o'clock <u>AM MST</u>, <u>KEVIN SMITH</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Southern District of New York</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date: <u>January 17, 2025</u>　　　By: <u>/s/Denis L Escamilla De Garcia</u>

　　　　　　　　　　　　　　　Name: <u>Denis L Escamilla De Garcia</u>

　　　　　　　　　　　　　　　Title: <u>Certified Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).